# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Christopher Anthony Judd, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:19-CV-158-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Willis Colby Langford, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 11, 2021 Order.

August 11, 2021

*Frank G. Johns*

Frank G. Johns, Clerk